**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **Aurora Loan Services, LLC** | **Case No. 2:07-cv-141** |
| **Plaintiff,** | **Judge George C. Smith** |
| vs. | **ORDER DIRECTING SPECIAL MASTER TO PROCEED WITH FORECLOSURE SALE** |
| **Raymond M. Stafford, et al.** | |
| **Defendants.** | |

UNITED STATES DISTRICT JUDGE GEORGE C. SMITH

This cause came on for consideration upon the motion of Plaintiff Aurora Loan Services, LLC, for an Order directing the foreclosure sale, at public auction, of the subject real property by a special master.

IT APPEARING to the Court that the Default Judgment and Decree in Foreclosure, entered by this Court on July 18, 2007, authorizes the sale of the property located at 3001 Markham Road, Columbus, OH 43207.

IT FURTHER APPEARING to the Court that a special master should immediately proceed with the sale of the subject property at public auction, subject to the relevant notice and advertising requirements mandated by federal law.

IT IS THEREFORE ORDERED that the motion of Plaintiff be and hereby is granted, that execution shall immediately issue on the Default Judgment and Decree in Foreclosure, and that a special master is hereby ordered and directed to proceed with the sale of the real property located at 3001 Markham Road, Columbus, OH 43207.

G:\Cases - TM\07-03681\motion to sell-070719-FFA.wpd

IT IS SO ORDERED.

_____
George C. Smith
United States District Court Judge

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff

G:\Cases - TM\07-03681\motion to sell-070719-FFA.wpd