UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Aurora Loan Services, LLC | : | Case No. 2:07-cv-141 |
| Plaintiff, | : | Judge George C. Smith |
| vs. | : | **ORDER DISMISSING DEFENDANT** |
| Raymond M. Stafford, et al. | : | |
| Defendants. | : | |

UNITED STATES DISTRICT JUDGE GEORGE C. SMITH

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant. For good cause shown, the Court hereby dismisses the following defendant from this action:

Unknown Tenants (if any)
3001 Markham Road
Columbus, OH 43207

**IT IS SO ORDERED.**

George C. Smith
UNITED STATES DISTRICT JUDGE

G:\Cases - TM\07-03681\motion to dismiss unknowns-070322-MAH.wpd